UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARNAUD PARIS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> HEIDI MARIE BROWN, <br><br> Defendant-Appellee. | No. 24-4950 <br><br> D.C. No. <br> 1-24-cv-00648-AA <br><br> ORDER |

Before: CALLAHAN, M. SMITH, and MENDOZA, Circuit Judges.

The panel unanimously votes to deny the petition for panel rehearing and petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it. Fed. R. App. P. 40.

The petition for panel rehearing and the petition for rehearing en banc are **DENIED**.